■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY DEJESUS, Appellant. [872 NYS2d 688]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (J. Doyle, J.), imposed July 16, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Skelos, J.P., Florio, Angiolillo and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL EVANS, Appellant. [870 NYS2d 920]—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered March 28, 2006, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]). Rivera, J.P., Dillon, Miller, Balkin and Leventhal, JJ., concur.